**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MONOLITHIC 3D™ INC., | § | Case No. |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| NVIDIA CORPORATION, | § | |
| Defendant. | § | |

# COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff MonolithIC 3D™ Inc. ("Monolithic" or "Plaintiff") for its Complaint against Nvidia Corporation ("Nvidia" or "Defendant"), alleges as follows:

## THE PARTIES

1. Monolithic is a limited liability company, organized and existing under the laws of the State of Texas, with a principal place of business located at 825 Watter's Creek Boulevard, Building M, Suite 250, Allen, Texas 75013.

2. Upon information and belief, Nvidia is a corporation organized and existing under the laws of the State of Delaware and has a place of business located at 11001 Lakeline Blvd Suite #100 Bldg. 2, Austin, Texas 78717. Nvidia is a publicly-traded company that may be served through its registered agent for service, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

## JURISDICTION AND VENUE

3. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant. Defendant is subject to general personal jurisdiction in the State of Delaware because it is incorporated in the State of Delaware.

5. This Court has personal jurisdiction over Defendant because it has engaged in systematic and continuous business activities in this District and has committed acts of patent infringement in this Judicial District. Upon information and belief, Defendant, through its own acts and/or through the acts of others, makes, uses, sells, and/or offers to sell infringing products within this Judicial District, regularly conducts and solicits business in this Judicial District, and has the requisite minimum contact with the Judicial District, such that this venue is a fair and reasonable one.

6. Nvidia directly, through its subsidiaries and agents, and through its direct and indirect customers, purposefully and voluntarily places infringing semiconductor memory in the stream of commerce while knowing, expecting, and intending them to be sold in and purchased and used by consumers in the United States, Delaware, and this District.

7. Venue is proper in this District under 28 U.S.C. § 1400(b). Defendant resides in this District because Defendant is incorporated under the laws of the State of Delaware. In addition, upon information and belief, Defendant has committed acts of patent infringement in this District and has a regular and established place of business in this District.

## PATENTS-IN-SUIT

8. On July 9, 2024, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,035,531 (the "'531 Patent") entitled "3D Semiconductor Device and Structure with Logic and Memory." A true and correct copy of the '531 Patent is attached hereto as Exhibit 1.

9. On October 22, 2024, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,125,737 (the "'737 Patent") entitled "3D Semiconductor Device and Structure with Metal Layers and Memory Cells." A true and correct copy of the '737 Patent is attached hereto as Exhibit 2.

10. On March 4, 2025, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,243,765 (the "'765 Patent") entitled "3D Semiconductor Device and Structure with Metal Layers and Memory Cells." A true and correct copy of the '765 Patent is attached hereto as Exhibit 3.

11. On July 22, 2025, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,369,347 (the "'347 Patent") entitled "3D Semiconductor Device and Structure with Metal Layers and a Power Delivery Path." A true and correct copy of the '347 Patent is attached hereto as Exhibit 4.

12. On July 29, 2025, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,376,382 (the "'382 Patent") entitled "3D Semiconductor Device and Structure with Metal Layers." A true and correct copy of the '382 Patent is attached hereto as Exhibit 5.

13. On November 11, 2025, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,469,735 (the "'735 Patent") entitled "3D Semiconductor Device

and Structure with Metal Layers and Memory Cells." A true and correct copy of the '735 Patent is attached hereto as Exhibit 6.

14. On February 24, 2026, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,564,006 (the "'006 Patent") entitled "3D Semiconductor Device and Structure with Memory Cells and Multiple Metal Layers." A true and correct copy of the '006 Patent is attached hereto as Exhibit 7.

15. On July 15, 2025, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,362,330 (the "'330 Patent") entitled "3D Semiconductor Device and Structure with Connection Paths." A true and correct copy of the '330 Patent is attached hereto as Exhibit 8.

16. On March 11, 2025, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,250,830 (the "'830 Patent") entitled "3D Semiconductor Memory Devices and Structures." A true and correct copy of the '830 Patent is attached hereto as Exhibit 9.

17. On August 26, 2025, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,400,961 (the "'961 Patent") entitled "3D Semiconductor Device and Structure with Metal Layers." A true and correct copy of the '961 Patent is attached hereto as Exhibit 10.

18. Monolithic is the sole and exclusive owner of all right, title, and interest to and in the '531 Patent, '737 Patent, the '765 Patent, the '347 Patent, the '382 Patent, the '735 Patent, the '006 Patent, the '330 Patent, the '830 Patent, and the '961 Patent (collectively the "Patents-in-Suit" or "Asserted Patents"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patent-in-Suit, including the filing of this patent infringement lawsuit. Monolithic

also has the right to recover all damages for past, present, and future infringement of the Patent-in-Suit, and to seek injunctive relief as appropriate under the law.

19. Monolithic has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. Upon information and belief, prior assignees and licensees have also complied with the marking provisions of 35 U.S.C. § 287.

## FACTUAL ALLEGATIONS

20. Monolithic is an innovator in computer memory, logic, and electro-optics. Monolithic was originally founded and incorporated in 2009 under the name NuPGA by Zvi Or-Bach, the President and CEO of Monolithic. NuPGA's mission was to develop programmable logic technology with density, speed, and power approaching application-specific integrated circuits ("ASICs"). While developing improved field-programmable gate array ("FPGA") technology, the NuPGA team discovered a path for practical monolithic 3D integrated circuits ("IC"). Recognizing that this breakthrough and its many related innovations represented a paradigm shift for the entire semiconductor industry, Mr. Or-Bach changed the company strategy to focus on monolithic 3D-ICs and renamed the company to MonolithIC 3D™ Inc.

21. Monolithic's business involves researching, developing, and licensing technology, including DRAM technology. Monolithic has more than 300 U.S. patents related to multi-level IC technology, including over 30 U.S. patents related to high bandwidth memory ("HBM") technology.

22. The Asserted Patents generally relate to semiconductor memory devices and fabrication methods. The technology of the Patents-in-Suit was variously developed by Zvi Or-Bach, Deepak C. Sekar, Brian Cronquist, Israel Beinglass, Jin-Woo Han, and Zeev Wurman of Monolithic. Some embodiments of the invention provide high bandwidth memory integrated

circuits. Nvidia uses this technology, for example, in its implementation of high bandwidth memory of the Accused Products.

23. Nvidia has infringed and is continuing to infringe one or more of the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, graphical processing units, SoCs, and processors comprising HBM products (collectively, the "Accused Products"), including, but not limited to, the NVIDIA GH100 and NVIDIA GH200 Grace Hopper Superchips since March 2020.

24. The Accused Products (e.g., the NVIDIA GH200 Grace Hopper Superchip) comprise HBM products including, for example, the SK Hynix H5UG7HME03X020R HBM. For example, "[a]ccording to Nvidia, the new edition of the GH200 is the world's first processor to include HBM3e memory. . . . HBM3e is manufactured by SK hynix Inc. using a 10-nanometer process." https://siliconangle.com/2023/08/08/nvidia-debuts-upgraded-gh200-grace-hopper-chip-high-speed-hbm3e-memory/. "SK hynix has already 'sold out' this year's HBM volumes and is said to be the first among the three memory companies to finish preparations for mass production of HBM4 (6th generation) and is negotiating volumes with Nvidia." https://biz.chosun.com/en/en-it/2025/10/27/UKZGKNEMINF3DPPGXFLKS766OU/.

25. As shown in the image below, the NVIDIA GH200 (chip on the left) comprises the NVIDIA GH100 chip (chip on the right), which is the GPU component of the NVIDIA GH200:




NVIDIA Grace Hopper Superchip
©Yole Group 2025

NVIDIA Hopper GPU 200 Overview
©Yole Group 2025

26. The NVIDIA GH100 chip (part no. GH100-888K-A1), in turn, comprises six SK Hynix HBM products identified as "HBM 16GB" in the image below, one of which is H5UG7HMD83X020R:




Package Overview – Top View
©Yole Group 2025

27. The NVIDIA GH200 chip is used in products such as Quanta Computer Inc.'s QuantaGrid S74G-2U server, which is also known as the Quanta S74G-2U Grace Hopper Superchip System[1]:




28. Furthermore, "[t]he SK Hynix H5VG7HMD83X020R [*sic*] was found inside NVIDIA's [GH 200] Grace Hopper Superchip used in the use in Quanta Computer Inc's S74G-2U QuantaGrid server for artificial intelligence (AI) and high-performance computing (HPC) applications. The NVIDIA GH100-888K-A1 Hopper GPU . . . contain[s] six SK hynix 16 GB 4th generation HBM3 DRAM sub-packages from which the SK hynix H5VG7HMD83X020R [sic] die, manufactured using the SH hynix's D1z process, was extracted for analysis. . . ." https://www.techinsights.com/blog/sk-hynix-h5vg7hmd83x020r-d1z-16-gb-hbm3-dram-memory-floorplan-analysis. The die marking on the NVIDIA GH100-888K-A1 Hopper GPU shows that it contains the SK hynix H5UG7HMD83X020R:

---

[1] *See* https://go.qct.io/global-campaign/qct-cutting-edge-infrastructure-and-solution-powered-by-nvidiaen/ ("QuantaGrid S74G-2U is the NVIDIA Grace-Hopper Superchip server").







29. Upon information and belief, Nvidia has had knowledge and notice of the Asserted Patents, and Nvidia's infringement thereof, from prior litigations at least as of November 26, 2025 (including *Monolithic 3D™ Inc. v. SK Hynix Inc.*, Case No. 2:25-cv-1167 (E.D. Tex.), *Monolithic 3D™ Inc. v. SK Hynix Inc.*, Case No. 2:26-cv-0145 (E.D. Tex.), and *In the Matter of Certain NAND and DRAM Memory Chips*, Inv. No. 337-TA-1492 (USITC) (collectively, the "Hynix Cases")), precisely because those litigations accused certain products (*e.g.*, SK Hynix HBM product H5UG7HMD83X020R) of infringement that are included within the Accused Products, as noted above, and mentioned the exemplary NVIDIA GH100 and NVIDIA GH200 Accused Products by name.

**<u>COUNT I</u>**
**(Infringement of the '531 Patent)**

30. Paragraphs 1 through 29 are incorporated by reference, as if fully set forth herein.

31. Monolithic has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the ’531 Patent.

32. Nvidia has and continues to directly infringe the ’531 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States, products that satisfy each and every limitation of one or more claims of the ’531 Patent. These products include at least the Accused Products, such as the NVIDIA Grace Hopper Superchip, which comprises the NVIDIA GH100 chip, which in turn comprises the H5UG7HME03X020R HBM3 high bandwidth memory.






PRODUCTS ▶ DRAM ▶ HBM ▶ HBM3E

**Parts Detail**

HBM HBM3

**H5UG7HMD83X020R**

| | |
|---|---|
| **Density** | 16Gb |
| **KGSD Density** | 128Gb |
| **Speed** | 5.6Gbps |
| **Organization** | x1024 |
| **Voltage (VDD / VDDQ)** | 1.1V / 1.1V |

[2]

33. For example, Defendant has and continues to directly infringe at least Claim 8 of the ’531 Patent by making, using, offering to sell, selling, and/or importing into the United States, products that comprise a 3D semiconductor device, the device comprising: a first level comprising a single crystal layer and a memory control circuit, said memory control circuit comprising a plurality of first transistors; a first metal layer overlaying said first single crystal layer; a second metal layer overlaying said first metal layer; a third metal layer overlaying said second metal layer; a plurality of second transistors disposed atop said third metal layer; a plurality of third transistors disposed atop said plurality of second transistors; a fourth metal layer disposed atop said plurality of third transistors; and a memory array comprising word-lines, wherein said memory array comprises at least four memory mini arrays, wherein each of said at least four memory mini arrays comprises at least four rows by at least four columns of memory cells, wherein at least one of said plurality of second transistors comprises a metal gate, wherein each of said memory cells comprises at least one of said plurality of second transistors or at least one of said plurality of third transistors, and wherein said first level comprises at least one in-out interface control circuit.

[2] https://product.skhynix.com/products/dram/hbm/hbm3e.go.

34. Each Accused Product comprises a 3D semiconductor device, the device comprising: a first level comprising a single crystal layer and a memory control circuit, said memory control circuit comprising a plurality of first transistors. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below.









Part of HBM Logic Die
(Delayered, Optical)

35. Each Accused Product comprises a first metal layer overlaying said first single crystal layer; a second metal layer overlaying said first metal layer; and a third metal layer overlaying said second metal layer. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements, as demonstrated in the diagram below.



36. Each Accused Product comprises a plurality of second transistors disposed atop said third metal layer. For example, the HBM logic die comprises an aforementioned third metal layer, further comprising a plurality of second transistors, as demonstrated in the figures below.






37. Each Accused Product comprises a plurality of third transistors disposed atop said plurality of second transistors. For example, a plurality of third transistors are contained in the second HBM DRAM die over the first HBM DRAM die.



38. Each Accused Product comprises a fourth metal layer disposed atop said plurality of third transistors. For example, said plurality of third transistors are contained in the second HBM DRAM die, of which the bottom side is displayed in the figure below.




HBM DRAM Cross-section (Interface to HBM DRAM Die, SEM)

39. Each Accused Product comprises a memory array comprising word-lines, wherein said memory array comprises at least four memory mini arrays, wherein each of said at least four memory mini arrays comprises at least four rows by at least four columns of memory cells. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.



40. Each Accused Product comprises a system wherein at least one of said plurality of second transistors comprises a metal gate, wherein each of said memory cells comprises at least one of said plurality of second transistors, or at least one of said plurality of third transistors. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below.






41. Each Accused Product comprises a system wherein said first level comprises at least one in-out interface control circuit. For example, the HBM logic die comprises a large number of I/O interfaces, used to control data and addressing for each of the HBM DRAM dies.




HBM Cross-section (Optical)

42. Nvidia indirectly infringes one or more claims of the '531 Patent by knowingly and intentionally inducing others, including Nvidia's customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Grace Hopper Superchips.

43. Nvidia indirectly infringes one or more claims of the '531 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia's customers and end-users, in this District and elsewhere in the United States. For example, Nvidia's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the

inventions claimed in the ’531 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[3] Because of Nvidia’s inducement, Nvidia’s customers and end-users use Accused Products in a way Nvidia intends and directly infringe the ’531 Patent. Nvidia performs these affirmative acts with knowledge of the ’531 Patent and with intent, or willful blindness, that the induced acts directly infringe the ’531 Patent, at least as of the date of the Hynix Cases.

44. Nvidia indirectly infringes one or more claims of the ’531 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia’s affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others’ use and manufacture of the Accused Products, such that the ’531 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the ’531 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the ’531 Patent. Nvidia performs these affirmative acts with knowledge of the ’531 Patent and with intent, or willful blindness, that it causes the direct infringement of the ’531 Patent, at least as of the date of the Hynix Cases.

[3] *See e.g.* https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#memory-consistency-model; https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html?highlight=invalidate%2520cache#load-functions-using-cache-hints.

45. Nvidia's infringement of the '531 Patent is and has been willful. Nvidia has had knowledge and notice of the Asserted Patents, and Nvidia's infringement thereof, from the Hynix Cases at least as of November 26, 2025, precisely because those litigations accused certain products (*e.g.*, SK Hynix HBM product H5UG7HMD83X020R) of infringement that are included within the Accused Products and mentioned the exemplary NVIDIA GH100 and NVIDIA GH200 Accused Products by name.

46. Monolithic has suffered damages as a result of Defendant's direct, indirect, and willful infringement of the '531 Patent in an amount to be proved at trial.

47. Monolithic has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '531 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

**COUNT II**
**(Infringement of the '737 Patent)**

48. Paragraphs 1 through 29 are incorporated by reference, as if fully set forth herein.

49. Monolithic has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '737 Patent.

50. Nvidia has and continues to directly infringe the '737 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States, products that satisfy each and every limitation of one or more claims of the '737 Patent. These products include at least the Accused Products, such as the NVIDIA GH200 Grace Hopper Superchip, which comprises the NVIDIA GH100 chip, which in turn comprises the H5UG7HME03X020R HBM3 high bandwidth memory.







PRODUCTS ▶ DRAM ▶ HBM ▶ HBM3E

**Parts Detail**

HBM HBM3

**H5UG7HMD83X020R**

| | |
|---|---|
| **Density** | 16Gb |
| **KGSD Density** | 128Gb |
| **Speed** | 5.6Gbps |
| **Organization** | x1024 |
| **Voltage (VDD / VDDQ)** | 1.1V / 1.1V |

[4]

---

[4] https://product.skhynix.com/products/dram/hbm/hbm3e.go.

51. For example, Defendant has and continues to directly infringe at least Claim 15 of the '737 Patent by making, using, offering to sell, selling, and/or importing into the United States, products that comprise a 3D semiconductor device, the device comprising: a first level comprising a first single crystal layer, said first level comprising first transistors, wherein each of said first transistors comprises a single crystal channel; a first metal layer; a second metal layer overlaying said first metal layer; a second level comprising a plurality of second transistors, said second level overlaying said first level; a third level comprising a plurality of third transistors, said third level overlaying said second level; and a fourth level comprising a plurality of fourth transistors, said fourth level overlaying said third level, wherein said second level comprises a plurality of first memory cells, wherein each of said plurality of first memory cells comprises at least one of said second transistors, wherein said fourth level comprises a plurality of second memory cells, wherein each of said plurality of second memory cells comprises at least one of said fourth transistors, wherein said first level comprises memory control circuits, wherein said memory control circuits control writing to said plurality of second memory cells, and wherein said first level comprises a plurality of Through Silicon Via ("TSV").

52. Each Accused Product comprises a 3D semiconductor device, the device comprising: a first level comprising a first single crystal layer, said first level comprising first transistors, and wherein each of said first transistors comprises a single crystal channel. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below.


HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM Logic Die
Interposer Die
a first level
YOLE Group


M8 (Al)
2.6 µm
M7 (Cu)
M6 (Cu)
M5 (Cu)
M4 (Cu)
M3 (Cu)
M2 (Cu)
M1 (W)
EHT = 5.00 kV WD = 8.6 mm Signal A = BSD4 A
2 µm
YOLE Group
a first level
first transistors
a first single crystal layer

53. Each Accused Product comprises a first metal layer; a second metal layer overlaying said first metal layer. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.




54. Each Accused Product comprises a second level, comprising a plurality of second transistors, said second level overlaying said first level. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the below diagram. Said second metal layer is within the HBM logic die, and the plurality of second transistors include, for example, the DRAM cell access transistors.

a second level

a first level




a plurality of second transistors

a second level

The plurality of second transistors includes the DRAM cell access transistors.






55. Each Accused Product comprises a third level, comprising a plurality of third transistors, said third level overlaying said second level. For example, a plurality of third transistors are contained in the second HBM DRAM die over the first HBM DRAM die.




56. Each Accused Product comprises a fourth level, comprising a plurality of fourth transistors, said fourth level overlaying said third level. For example, in the same manner depicted above, a plurality of fourth transistors are contained in the third DRAM die over said third level.

57. Each Accused Product comprises a system wherein said second level comprises a plurality of first memory cells, wherein each of said plurality of first memory cells comprises at least one of said second transistors. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below. The aforementioned plurality of second transistors include DRAM cell access transistors.




58. Each Accused Product comprises a system wherein said fourth level, comprises a plurality of second memory cells, wherein each of said plurality of second memory cells comprises at least one of said fourth transistors. For example, the fourth level of the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises a plurality of memory cells, each of which comprise transistors, in the same manner as the second level discussed above.

59. Each Accused Product comprises a system wherein said first level, comprises memory control circuits, and wherein said memory control circuits control writing to said plurality of second memory cells. For example, data to the entire HBM DRAM stack flows through the HBM logic die, and the memory logic control circuits on the logic die control writing to the memory cells.




Part of HBM Logic Die
(Delayered, Optical)

60. Each Accused Product comprises a system wherein said first level, comprises a plurality of Through Silicon Via ("TSV"). For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.



61. Nvidia indirectly infringes one or more claims of the ’737 Patent by knowingly and intentionally inducing others, including Nvidia’s customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Grace Hopper Superchips.

62. Nvidia indirectly infringes one or more claims of the ’737 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia’s customers and end-users, in this District and elsewhere in the United States. For example, Nvidia’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the ’737 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[5] Because of Nvidia’s inducement, Nvidia’s customers and end-users use Accused Products in a way Nvidia intends and directly infringe the ’737 Patent. Nvidia performs these affirmative acts with knowledge of the ’737 Patent and with intent, or willful blindness, that the induced acts directly infringe the ’737 Patent, at least as of the date of the Hynix Cases.

63. Nvidia indirectly infringes one or more claims of the ’737 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia’s affirmative acts of selling and

---

[5] *See e.g.* https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#memory-consistency-model; https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html?highlight=invalidate%2520cache#load-functions-using-cache-hints.

offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '737 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '737 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '737 Patent. Nvidia performs these affirmative acts with knowledge of the '737 Patent and with intent, or willful blindness, that it causes the direct infringement of the '737 Patent, at least as of the date of the Hynix Cases.

64. Nvidia's infringement of the '737 Patent is and has been willful. Nvidia has had knowledge and notice of the Asserted Patents, and Nvidia's infringement thereof, from the Hynix Cases at least as of November 26, 2025, precisely because those litigations accused certain products (*e.g.*, SK Hynix HBM product H5UG7HMD83X020R) of infringement that are included within the Accused Products and mentioned the exemplary NVIDIA GH100 and NVIDIA GH200 Accused Products by name.

65. Monolithic has suffered damages as a result of Defendant's direct, indirect, and willful infringement of the '737 Patent in an amount to be proved at trial.

66. Monolithic has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '737 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

**COUNT III**
**(Infringement of the '765 Patent)**

67. Paragraphs 1 through 29 are incorporated by reference as if fully set forth herein.

68. Monolithic has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the ’765 Patent.

69. Nvidia has and continues to directly infringe the ’765 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States, products that satisfy each and every limitation of one or more claims of the ’765 Patent. These products include at least the Accused Products, such as the NVIDIA GH200 Grace Hopper Superchip, which comprises the NVIDIA GH100 chip, which in turn comprises the H5UG7HME03X020R HBM3 high bandwidth memory.






PRODUCTS ▶ DRAM ▶ HBM ▶ HBM3E

**Parts Detail**

HBM HBM3

**H5UG7HMD83X020R**

| | |
|---|---|
| **Density** | 16Gb |
| **KGSD Density** | 128Gb |
| **Speed** | 5.6Gbps |
| **Organization** | x1024 |
| **Voltage (VDD / VDDQ)** | 1.1V / 1.1V |

[6]

70. For example, Defendant has and continues to directly infringe at least Claim 15 of the ’765 Patent by making, using, offering to sell, selling, and/or importing into the United States, products that comprise a 3D semiconductor device, the device comprising: a first level comprising a first single crystal layer, said first level comprising first transistors, wherein each of said first transistors comprises a single crystal channel; a first metal layer; a second metal layer overlaying said first metal layer; a second level comprising a plurality of second transistors, said second level overlaying said first level; a third level comprising a plurality of third transistors, said third level overlaying said second level; and a fourth level comprising a plurality of fourth transistors, said fourth level overlaying said third level, wherein said second level comprises a plurality of first memory cells, wherein each of said plurality of first memory cells comprises at least one of said second transistors, wherein said fourth level comprises a plurality of second memory cells, wherein each of said plurality of second memory cells comprises at least one of said fourth transistors, wherein said first level comprises memory control circuits, wherein at least one of said second transistors comprises a metal gate, wherein said memory control circuits control writing to said plurality of second memory cells, and wherein said first level is bonded to said second level.

[6] https://product.skhynix.com/products/dram/hbm/hbm3e.go.

71. Each Accused Product comprises a 3D semiconductor device, the device comprising: a first level comprising a first single crystal layer, said first level comprising first transistors, wherein each of said first transistors comprises a single crystal channel. For example, the HBM logic die comprises the first layer of the 3D HBM DRAM stack. The transistor channels are formed in the single crystal silicon substrate. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below.






72. Each Accused Product comprises a first metal layer; a second metal layer overlaying said first metal layer. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.



73. Each Accused Product comprises a second level comprising a plurality of second transistors, said second level overlaying said first level. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below. Said second metal layer is within the HBM logic die, and the plurality of second transistors include, for example, the DRAM cell access transistors.






74. Each Accused Product comprises a third level comprising a plurality of third transistors, said third level overlaying said second level. For example, a plurality of third transistors are contained in the second HBM DRAM die over the first HBM DRAM die.



75. Each Accused Product comprises a fourth level comprising a plurality of fourth transistors, said fourth level overlaying said third level. For example, in the same manner depicted above, a plurality of fourth transistors are contained in the third DRAM die over said third level.

76. Each Accused Product comprises a system wherein said second level comprises a plurality of first memory cells, wherein each of said plurality of first memory cells comprises at least one of said second transistors. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below. The aforementioned plurality of second transistors include DRAM cell access transistors.




77. Each Accused Product comprises a system wherein said fourth level comprises a plurality of second memory cells, wherein each of said plurality of second memory cells comprises at least one of said fourth transistors. For example, the fourth level of the H5UG7HME03X020R

HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises a plurality of memory cells, each of which comprise transistors, in the same manner as the second level discussed above.

78. Each Accused Product comprises a system wherein said first level comprises memory control circuits. For example, data to the entire HBM DRAM stack flows through the HBM logic die, and the memory logic control circuits on the logic die control writing to the memory cells.






Part of HBM Logic Die
(Delayered, Optical)

79. Each Accused Product comprises a system wherein at least one of said second transistors comprises a metal gate. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.




80. Each Accused Product comprises a system wherein said memory control circuits control writing to said plurality of second memory cells. For example, as noted above, the aforementioned memory control circuits on the logic die control writing to the memory cells.

81. Each Accused Product comprises a system wherein said first level is bonded to said second level. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.




82. Nvidia indirectly infringes one or more claims of the ’765 Patent by knowingly and intentionally inducing others, including Nvidia’s customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Grace Hopper Superchips.

83. Nvidia indirectly infringes one or more claims of the ’765 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia’s customers and end-users, in this District and elsewhere in the United States. For example, Nvidia’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the

inventions claimed in the ’765 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[7] Because of Nvidia’s inducement, Nvidia’s customers and end-users use Accused Products in a way Nvidia intends and directly infringe the ’765 Patent. Nvidia performs these affirmative acts with knowledge of the ’765 Patent and with intent, or willful blindness, that the induced acts directly infringe the ’765 Patent, at least as of the date of the Hynix Cases.

84. Nvidia indirectly infringes one or more claims of the ’765 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia’s affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others’ use and manufacture of the Accused Products, such that the ’765 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the ’765 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the ’765 Patent. Nvidia performs these affirmative acts with knowledge of the ’765 Patent and with intent, or willful blindness, that it causes the direct infringement of the ’765 Patent, at least as of the date of the Hynix Cases.

---

[7] *See e.g.* https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#memory-consistency-model; https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html?highlight=invalidate%2520cache#load-functions-using-cache-hints.

85. Nvidia's infringement of the '765 Patent is and has been willful. Nvidia has had knowledge and notice of the Asserted Patents, and Nvidia's infringement thereof, from the Hynix Cases at least as of November 26, 2025, precisely because those litigations accused certain products (*e.g.*, SK Hynix HBM product H5UG7HMD83X020R) of infringement that are included within the Accused Products and mentioned the exemplary NVIDIA GH100 and NVIDIA GH200 Accused Products by name.

86. Monolithic has suffered damages as a result of Defendant's direct, indirect, and willful infringement of the '765 Patent in an amount to be proved at trial.

87. Monolithic has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '765 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

**COUNT IV**
**(Infringement of the '347 Patent)**

88. Paragraphs 1 through 29 are incorporated by reference as if fully set forth herein.

89. Monolithic has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '347 Patent.

90. Nvidia has and continues to directly infringe the '347 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States, products that satisfy each and every limitation of one or more claims of the '347 Patent. These products include at least the Accused Products, such as the NVIDIA GH200 Grace Hopper Superchip, which comprises the NVIDIA GH100 chip, which in turn comprises the H5UG7HME03X020R HBM3 high bandwidth memory.







PRODUCTS ▶ DRAM ▶ HBM ▶ **HBM3E**

**Parts Detail**

HBM HBM3

**H5UG7HMD83X020R**

| | |
|---|---|
| **Density** | 16Gb |
| **KGSD Density** | 128Gb |
| **Speed** | 5.6Gbps |
| **Organization** | x1024 |
| **Voltage (VDD / VDDQ)** | 1.1V / 1.1V |

[8]

[8] https://product.skhynix.com/products/dram/hbm/hbm3e.go

91. For example, Defendant has and continues to directly infringe at least Claim 15 of the ’347 Patent by making, using, offering to sell, selling, and/or importing into the United States, products that comprise a 3D semiconductor device, the device comprising: a first level comprising single crystal first transistors, a first metal layer, and a first isolation layer; a second level comprising second transistors and a second isolation layer, wherein said first level is overlaid by said second level; a third level comprising third transistors; a fourth level comprising a single crystal layer, wherein said second level is overlaid by said third level, wherein said third level is overlaid by said fourth level, wherein said third level comprises a third isolation layer, and wherein said third level is bonded to said second level; a power delivery path to said second transistors, wherein at least a portion of said power delivery path is connected to at least one of said first transistors; and a global power distribution metal layer comprising a metal thickness twice thicker than said first metal layer.

92. Each Accused Product comprises a 3D semiconductor device, the device comprising: a first level comprising single crystal first transistors, a first metal layer, and a first isolation layer. For example, the HBM logic die comprises the first layer of the 3D HBM DRAM stack. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below.







93. Each Accused Product comprises a second level comprising second transistors and a second isolation layer, wherein said first level is overlaid by said second level; a third level comprising third transistors; a fourth level comprising a single crystal layer, wherein said second

level is overlaid by said third level, wherein said third level is overlaid by said fourth level. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below.






94. Each Accused Product comprises a system wherein said third level comprises a third isolation layer. For example, each HBM DRAM die comprises the same structures. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip further comprises these elements as demonstrated in the diagram below.



95. Each Accused Product comprises a system wherein said third level is bonded to said second level. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.



96. Each Accused Product comprises a power delivery path to said second transistors, wherein at least a portion of said power delivery path is connected to at least one of said first transistors. For example, power to the entire HBM stack including the logic die is routed from the interposer connection to the main system, and at least a portion of a power delivery path connects to both first and second transistors. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.



97. Each Accused Product comprises a global power distribution metal layer comprising a metal thickness twice thicker than said first metal layer. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.




98. Nvidia indirectly infringes one or more claims of the ’347 Patent by knowingly and intentionally inducing others, including Nvidia’s customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Grace Hopper Superchips.

99. Nvidia indirectly infringes one or more claims of the ’347 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia’s customers and end-users, in this District and elsewhere in the United States. For example, Nvidia’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the

inventions claimed in the ’347 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[9] Because of Nvidia’s inducement, Nvidia’s customers and end-users use Accused Products in a way Nvidia intends and directly infringe the ’347 Patent. Nvidia performs these affirmative acts with knowledge of the ’347 Patent and with intent, or willful blindness, that the induced acts directly infringe the ’347 Patent, at least as of the date of the Hynix Cases.

100. Nvidia indirectly infringes one or more claims of the ’347 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia’s affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others’ use and manufacture of the Accused Products, such that the ’347 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the ’347 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the ’347 Patent. Nvidia performs these affirmative acts with knowledge of the ’347 Patent and with intent, or willful blindness, that it causes the direct infringement of the ’347 Patent, at least as of the date of the Hynix Cases.

---

[9] *See e.g.* https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#memory-consistency-model; https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html?highlight=invalidate%2520cache#load-functions-using-cache-hints.

101. Nvidia's infringement of the '347 Patent is and has been willful. Nvidia has had knowledge and notice of the Asserted Patents, and Nvidia's infringement thereof, from the Hynix Cases at least as of November 26, 2025, precisely because those litigations accused certain products (*e.g.*, SK Hynix HBM product H5UG7HMD83X020R) of infringement that are included within the Accused Products and mentioned the exemplary NVIDIA GH100 and NVIDIA GH200 Accused Products by name.

102. Monolithic has suffered damages as a result of Defendant's direct, indirect, and willful infringement of the '347 Patent in an amount to be proved at trial.

103. Monolithic has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '347 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT V
## (Infringement of the '382 Patent)

104. Paragraphs 1 through 29 are incorporated by reference as if fully set forth herein.

105. Monolithic has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '382 Patent.

106. Nvidia has and continues to directly infringe the '382 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States, products that satisfy each and every limitation of one or more claims of the '382 Patent. These products include at least the Accused Products, such as the NVIDIA GH200 Grace Hopper Superchip, which comprises the NVIDIA GH100 chip, which in turn comprises the H5UG7HME03X020R HBM3 high bandwidth memory.







PRODUCTS ▶ DRAM ▶ HBM ▶ HBM3E

**Parts Detail**

HBM HBM3

**H5UG7HMD83X020R**

| | |
|---|---|
| **Density** | 16Gb |
| **KGSD Density** | 128Gb |
| **Speed** | 5.6Gbps |
| **Organization** | x1024 |
| **Voltage (VDD / VDDQ)** | 1.1V / 1.1V |

[10]

[10] https://product.skhynix.com/products/dram/hbm/hbm3e.go.

107. For example, Defendant has and continues to directly infringe at least Claim 8 of the ’382 Patent by making, using, offering to sell, selling, and/or importing into the United States, products that comprise a semiconductor device, the semiconductor device comprising: a first level comprising a first single crystal silicon layer and a plurality of first transistors; a first metal layer; a second metal layer, wherein interconnection of said plurality of first transistors comprises said first metal layer and said second metal layer; a second level comprising a plurality of second transistors, said second level disposed over said first level; a third level comprising a plurality of third transistors, said third level disposed over said second level; a third metal layer disposed over said third level; a fourth metal layer disposed over said third metal layer; and a via disposed through said second level and through said third level as part of a connection path between said third metal layer to said second metal layer, wherein each of said plurality of second transistors comprises a metal gate, wherein at least one of said metal gates comprises tungsten, wherein said second level comprises a first array of memory cells, wherein said third level comprises a second array of memory cells, wherein formation of said plurality of second transistors comprises a first lithography step, and wherein formation of said plurality of third transistors comprises a second lithography step.

108. Each Accused Product comprises a 3D semiconductor device, the semiconductor device comprising: a first level comprising a first single crystal silicon layer and a plurality of first transistors. For example, the HBM logic die comprises the first layer of the 3D HBM DRAM stack, and the transistor channels are formed in the single crystal silicon substrate. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below.



a first level
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM Logic Die
Interposer Die
YOLE Group




a first level
M8 (Al)
2.6 µm
M7 (Cu)
M6 (Cu)
M5 (Cu)
M4 (Cu)
M3 (Cu)
M2 (Cu)
M1 (W)
YOLE Group
EHT = 5.00 kV WD = 8.6 mm Signal A = BSD4 A
2 µm
a first single crystal silicon layer
a plurality of first transistors

109. Each Accused Product comprises a first metal layer; a second metal layer, wherein interconnection of said plurality of first transistors comprises said first metal layer and said second metal layer. For example, the transistors of the HBM logic die are interconnected by at least metal 1 and metal 2 as demonstrated in the diagram below.



110. Each Accused Product comprises a second level comprising a plurality of second transistors, said second level disposed over said first level. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below.






111. Each Accused Product comprises a third level comprising a plurality of third transistors, said third level disposed over said second level. For example, the third level comprises a second HBM DRAM die over the first HBM DRAM die, which includes transistors in the same manner and configuration as the die discussed above.

112. Each Accused Product comprises a third metal layer disposed over said third level; a fourth metal layer disposed over said third metal layer; and a via disposed through said second level and through said third level as part of a connection path between said third metal layer to said second metal layer. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below.






113. Each Accused Product comprises a system wherein each of said plurality of second transistors comprises a metal gate, wherein at least one of said metal gates comprises tungsten. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.



114. Each Accused Product comprises a system wherein said second level comprises a first array of memory cells. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.




115. Each Accused Product comprises a system wherein said third level comprises a second array of memory cells. For example, the aforementioned third level comprises a second array of memory cells in the same manner and configuration as the aforementioned second level discussed above.

116. Each Accused Product comprises a system wherein formation of said plurality of second transistors comprises a first lithography step, and wherein formation of said plurality of third transistors comprises a second lithography step. For example, the manufacturing of each layer of the HBM DRAM stack comprises identical, separate lithography steps for each die. Each lithography step forms a plurality of transistors in each DRAM die as shown above.

117. Nvidia indirectly infringes one or more claims of the ’382 Patent by knowingly and intentionally inducing others, including Nvidia’s customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Grace Hopper Superchips.

118. Nvidia indirectly infringes one or more claims of the ’382 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia’s customers and end-users, in this District and elsewhere in the United States. For example, Nvidia’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the ’382 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[11] Because of Nvidia’s inducement, Nvidia’s customers and end-users use Accused Products in a way Nvidia intends and directly infringe the ’382 Patent. Nvidia performs these affirmative acts with knowledge of the ’382 Patent and with intent, or willful blindness, that the induced acts directly infringe the ’382 Patent, at least as of the date of the Hynix Cases.

119. Nvidia indirectly infringes one or more claims of the ’382 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia’s affirmative acts of selling and

---

[11] *See e.g.* https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#memory-consistency-model; https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html?highlight=invalidate%2520cache#load-functions-using-cache-hints.

offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '382 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '382 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '382 Patent. Nvidia performs these affirmative acts with knowledge of the '382 Patent and with intent, or willful blindness, that it causes the direct infringement of the '382 Patent, at least as of the date of the Hynix Cases.

120. Nvidia's infringement of the '382 Patent is and has been willful. Nvidia has had knowledge and notice of the Asserted Patents, and Nvidia's infringement thereof, from the Hynix Cases at least as of November 26, 2025, precisely because those litigations accused certain products (*e.g.*, SK Hynix HBM product H5UG7HMD83X020R) of infringement that are included within the Accused Products and mentioned the exemplary NVIDIA GH100 and NVIDIA GH200 Accused Products by name.

121. Monolithic has suffered damages as a result of Defendant's direct, indirect, and willful infringement of the '382 Patent in an amount to be proved at trial.

122. Monolithic has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '382 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

**<u>COUNT VI</u>**
**(Infringement of the '735 Patent)**

123. Paragraphs 1 through 29 are incorporated by reference as if fully set forth herein.

124. Monolithic has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the ’735 Patent.

125. Nvidia has and continues to directly infringe the ’735 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States, products that satisfy each and every limitation of one or more claims of the ’735 Patent. These products include at least the Accused Products, such as the NVIDIA GH200 Grace Hopper Superchip, which comprises the NVIDIA GH100 chip, which in turn comprises the H5UG7HME03X020R HBM3 high bandwidth memory.






PRODUCTS ▶ DRAM ▶ HBM ▶ **HBM3E**

**Parts Detail**

HBM HBM3

**H5UG7HMD83X020R**

| | |
|---|---|
| **Density** | 16Gb |
| **KGSD Density** | 128Gb |
| **Speed** | 5.6Gbps |
| **Organization** | x1024 |
| **Voltage (VDD / VDDQ)** | 1.1V / 1.1V |

[12]

126. For example, Defendant has and continues to directly infringe at least Claim 8 of the ’735 Patent by making, using, offering to sell, selling, and/or importing into the United States, products that comprise a 3D semiconductor device, the device comprising: a first level comprising a first single crystal layer, said first level comprising first transistors, wherein each of said first transistors comprises a single crystal channel; a first metal layer; a second metal layer overlaying said first metal layer; a second level comprising a plurality of second transistors, said second level overlaying said first level; a third level comprising a plurality of third transistors, said third level overlaying said second level; a fourth level comprising a plurality of fourth transistors, said fourth level overlaying said third level, wherein said second level comprises a plurality of first memory cells, wherein each of said plurality of first memory cells comprises at least one of said second transistors, wherein said fourth level comprises a plurality of second memory cells, wherein each of said plurality of second memory cells comprises at least one of said fourth transistors, wherein said first level comprises memory control circuits, wherein at least one of said second transistors comprises a metal gate, wherein said memory control circuits control writing to said plurality of

[12] https://product.skhynix.com/products/dram/hbm/hbm3e.go.

second memory cells, and wherein said first level comprises a plurality of Through Silicon Via ("TSV").

127. Each Accused Product comprises a 3D semiconductor device, the device comprising: a first level comprising a first single crystal layer, said first level comprising first transistors, wherein each of said first transistors comprises a single crystal channel. For example, the HBM logic die comprises the first layer of the 3D HBM DRAM stack, and the transistor channels are formed in the single crystal silicon substrate. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below.






128. Each Accused Product comprises a first metal layer; a second metal layer overlaying said first metal layer. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.




129. Each Accused Product comprises a second level comprising a plurality of second transistors, said second level overlaying said first level. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagrams below.







130. Each Accused Product comprises a third level comprising a plurality of third transistors, said third level disposed over said second level. For example, the third level comprises a second HBM DRAM die over the first HBM DRAM die, which includes transistors in the same manner and configuration as the die discussed above.

131. Each Accused Product comprises a fourth level comprising a plurality of fourth transistors, said fourth level overlaying said third level. For example, the fourth level comprises a second HBM DRAM die over the first HBM DRAM die, which includes transistors in the same manner and configuration as the die discussed above.

132. Each Accused Product comprises a system wherein said second level comprises a plurality of first memory cells, wherein each of said plurality of first memory cells comprises at least one of said second transistors. For example, the plurality of second transistors comprises the DRAM cell access transistors. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.




133. Each Accused Product comprises a system wherein said fourth level comprises a plurality of second memory cells, wherein each of said plurality of second memory cells comprises at least one of said fourth transistors. For example, the aforementioned fourth level comprises a

second array of memory cells in the same manner and configuration as the aforementioned second level discussed above.

134. Each Accused Product comprises a system wherein at least one of said second transistors comprises a metal gate. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.




135. Each Accused Product comprises a system wherein said memory control circuits control writing to said plurality of second memory cells. For example, data to the entire HBM DRAM stack flows through the HBM logic die, and the memory control circuits on the HBM logic die control writing to the memory cells. For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.




136. Each Accused Product comprises a system wherein said first level comprises a plurality of Through Silicon Via ("TSV"). For example, the H5UG7HME03X020R HBM3 included in the NVIDIA GH200 Grace Hopper Superchip comprises these elements as demonstrated in the diagram below.




137. Nvidia indirectly infringes one or more claims of the ’735 Patent by knowingly and intentionally inducing others, including Nvidia’s customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Grace Hopper Superchips.

138. Nvidia indirectly infringes one or more claims of the ’735 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia’s customers and end-users, in this District and elsewhere in the United States. For example, Nvidia’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the ’735 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the

Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[13] Because of Nvidia's inducement, Nvidia's customers and end-users use Accused Products in a way Nvidia intends and directly infringe the '735 Patent. Nvidia performs these affirmative acts with knowledge of the '735 Patent and with intent, or willful blindness, that the induced acts directly infringe the '735 Patent, at least as of the date of the Hynix Cases.

139. Nvidia indirectly infringes one or more claims of the '735 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '735 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '735 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '735 Patent. Nvidia performs these affirmative acts with knowledge of the '735 Patent and with intent, or willful blindness, that it causes the direct infringement of the '735 Patent, at least as of the date of the Hynix Cases.

140. Nvidia's infringement of the '735 Patent is and has been willful. Nvidia has had knowledge and notice of the Asserted Patents, and Nvidia's infringement thereof, from the Hynix

[13] *See e.g.* https://docs.nvidia.com/cuda/parallel-thread-execution/index.html#memory-consistency-model; https://docs.nvidia.com/cuda/cuda-c-programming-guide/index.html?highlight=invalidate%2520cache#load-functions-using-cache-hints.

Cases at least as of November 26, 2025, precisely because those litigations accused certain products (*e.g.*, SK Hynix HBM product H5UG7HMD83X020R) of infringement that are included within the Accused Products and mentioned the exemplary NVIDIA GH100 and NVIDIA GH200 Accused Products by name.

141. Monolithic has suffered damages as a result of Defendant's direct, indirect, and willful infringement of the '735 Patent in an amount to be proved at trial.

142. Monolithic has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '735 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

**COUNT VII**
**(Infringement of the '006 Patent)**

143. Paragraphs 1 through 29 are incorporated by reference as if fully set forth herein.

144. Monolithic has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '006 Patent.

145. Nvidia has and continues to directly infringe the '006 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States, products that satisfy each and every limitation of one or more claims of the '006 Patent. These products include at least the Accused Products, such as the NVIDIA GH200 Grace Hopper Superchip, which comprises the NVIDIA GH100 chip, which in turn comprises the H5UG7HMD83X020R HBM3 high bandwidth memory.







PRODUCTS ▶ DRAM ▶ HBM ▶ **HBM3E**

**Parts Detail**

HBM HBM3

**H5UG7HMD83X020R**

| | |
|---|---|
| **Density** | 16Gb |
| **KGSD Density** | 128Gb |
| **Speed** | 5.6Gbps |
| **Organization** | x1024 |
| **Voltage (VDD / VDDQ)** | 1.1V / 1.1V |

[14]

[14] https://product.skhynix.com/products/dram/hbm/hbm3e.go

146. For example, Nvidia has and continues to directly infringe at least Claim 1 of the ’006 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a 3D semiconductor device, the device comprising: a first level comprising a first single crystal layer, said first level comprising first transistors, wherein each of said first transistors comprises a single crystal channel; a first metal layer, said first metal layer is disposed above or below said first level; a second metal layer overlaying said first metal layer; a second level comprising a plurality of second transistors, said second level overlaying said first level; a third level comprising a plurality of third transistors, said third level overlaying said second level; a fourth level comprising a plurality of fourth transistors, said fourth level overlaying said third level, wherein said second level comprises a plurality of first memory cells, wherein each of said plurality of first memory cells comprises at least one of said second transistors, wherein said fourth level comprises a plurality of second memory cells, wherein each of said plurality of second memory cells comprises at least one of said fourth transistors, wherein said first level comprises memory control circuits, wherein second memory cells comprise at least four memory arrays, wherein each of said four memory arrays are independently controlled, wherein said first level, said second level, said third level, and said fourth level each comprise a dielectric electrical isolation layer disposed in-between and comprise vias and/or thru-layer vias for vertical connection, and wherein at least one of said second transistors comprises a metal gate.

147. Each Accused Product comprises a 3D semiconductor device, the device comprising: a first level comprising a first single crystal layer, said first level comprising first transistors, wherein each of said first transistors comprises a single crystal channel. For example, the diagrams below demonstrate these elements in the H5UG7HMD83X020R.


HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM DRAM Die
HBM Logic Die
Interposer Die
a first level
a first single crystal layer


The HBM logic die constitutes the first layer of the 3D HBM DRAM stack. The transistor channels are formed in the single crystal silicon substrate.
M8 (Al)
2.6 µm
M7 (Cu)
M6 (Cu)
M5 (Cu)
M4 (Cu)
M3 (Cu)
M2 (Cu)
M1 (W)
YOLE Group
EHT = 5.00 kV
WD = 8.6 mm
Signal A = BSD4 A
2 µm
a first level
first transistors
a first single crystal layer

148. Each Accused Product comprises a first metal layer, said first metal layer is disposed above or below said first level; and a second metal layer overlaying said first metal layer. The diagram below demonstrates these elements in the H5UG7HMD83X020R.




149. Each Accused Product comprises a second level comprising a plurality of second transistors, said second level overlaying said first level. For example, the diagrams below demonstrate these elements in the H5UG7HMD83X020R.







150. Each Accused Product comprises a third level comprising a plurality of third transistors, said third level overlaying said second level. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.




151. Each Accused Product comprises a fourth level comprising a plurality of fourth transistors, said fourth level overlaying said third level. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.




152. Each Accused Product comprises a device wherein said second level comprises a plurality of first memory cells, wherein each of said plurality of first memory cells comprises at least one of said second transistors. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.




153. Each Accused Product comprises a device wherein said fourth level comprises a plurality of second memory cells, and wherein each of said plurality of second memory cells comprises at least one of said fourth transistors. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.




154. Each Accused Product comprises a device wherein said first level comprises memory control circuits. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.

said first level

memory control circuits




HBM Logic Die CMOS Control Circuit
(Delayered, SEM)



Part of HBM Logic Die
(Delayered, Optical)

Data flow to the entire HBM DRAM stack flows through the **HBM logic die**. Therefore, **the memory control circuits** on **the HBM logic die control memory addressing and data flow to the memory cells**.

155. Each Accused Product comprises a device wherein second memory cells comprise at least four memory arrays, and wherein each of said four memory arrays are independently controlled. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.

Each HBM DRAM in the stack is an identical design. For the fourth level, the second memory cells would be arranged into the at least four memory arrays. Since this is a random access memory, each of the four memory arrays must be independently controlled.






JEDEC Standard No. 238B.01
Page 2

3 Organization

The HBM3 DRAM is optimized for high-bandwidth operation to a stack of multiple DRAM devices across a number of independent interfaces called channels. It is anticipated that each DRAM stack will support up to 16 channels. Figure 1 shows an example stack containing 4 DRAM dies, each die supporting 4 channels. Each die contributes additional capacity and additional channels to the stack (up to a maximum of 16 channels per stack).

Each channel provides access to an independent set of DRAM banks. Requests from one channel may not access data attached to a different channel. Channels are independently clocked, and need not be synchronous.



Figure 1 — General Overview of a DRAM Die Stack with Channels

High Bandwidth Memory (HBM3) DRAM, JESD238B.01 (Revision of JESD238B, March 2025), JEDEC SOLID STATE TECHNOLOGY ASSOCIATION

156. Each Accused Product comprises a device wherein said first level, said second level, said third level, and said fourth level each comprise a dielectric electrical isolation layer disposed in-between and comprise vias and/or thru-layer vias for vertical connection. For example, the diagrams below demonstrate these elements in the H5UG7HMD83X020R.

The same TSV structure with copper TSV and dielectric (oxide) liner is used throughout the stack.



HBM Cross-section
(Exemplary TSV Stacking, Optical)




Detail of Upper Portion of TSV
(SEM)



157. Each Accused Product comprises a device wherein at least one of said second transistors comprises a metal gate. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.




158. Nvidia indirectly infringes one or more claims of the ’006 Patent by knowingly and intentionally inducing others, including Nvidia’s customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Grace Hopper Superchips.

159. Nvidia indirectly infringes one or more claims of the ’006 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia’s customers and end-users, in this District and elsewhere in the United States. For example, Nvidia’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the ’006 Patent. Nvidia induces this direct infringement through its

affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Nvidia's inducement, Nvidia's customers and end-users use Accused Products in a way Nvidia intends and directly infringe the '006 Patent. Nvidia performs these affirmative acts with knowledge of the '006 Patent and with intent, or willful blindness, that the induced acts directly infringe the '006 Patent, at least as of the date of the Hynix Cases.

160. Nvidia indirectly infringes one or more claims of the '006 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '006 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '006 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '006 Patent. Nvidia performs these affirmative acts with knowledge of the '006 Patent and with intent, or willful blindness, that it causes the direct infringement of the '006 Patent, at least as of the date of the Hynix Cases.

161. Nvidia's infringement of the '006 Patent is and has been willful. Nvidia has had knowledge and notice of the Asserted Patents, and Nvidia's infringement thereof, from the Hynix Cases at least as of November 26, 2025, precisely because those litigations accused certain

products (*e.g.*, SK Hynix HBM product H5UG7HMD83X020R) of infringement that are included within the Accused Products and mentioned the exemplary NVIDIA GH100 and NVIDIA GH200 Accused Products by name.

162. Monolithic has suffered damages as a result of Nvidia's direct, indirect, and willful infringement of the '006 Patent in an amount to be proved at trial.

163. Monolithic has suffered, and will continue to suffer, irreparable harm as a result of Nvidia's infringement of the '006 Patent, for which there is no adequate remedy at law, unless Nvidia's infringement is enjoined by this Court.

**COUNT VIII**
**(Infringement of the '330 Patent)**

164. Paragraphs 1 through 29 are incorporated by reference as if fully set forth herein.

165. Monolithic has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '330 Patent.

166. Nvidia has and continues to directly infringe the '330 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States, products that satisfy each and every limitation of one or more claims of the '330 Patent. These products include at least the Accused Products, such as the NVIDIA GH200 Grace Hopper Superchip, which comprises the NVIDIA GH100 chip, which in turn comprises the H5UG7HMD83X020R HBM3 high bandwidth memory.







PRODUCTS ▶ DRAM ▶ HBM ▶ **HBM3E**

**Parts Detail**

HBM HBM3

**H5UG7HMD83X020R**

| | |
|---|---|
| **Density** | 16Gb |
| **KGSD Density** | 128Gb |
| **Speed** | 5.6Gbps |
| **Organization** | x1024 |
| **Voltage (VDD / VDDQ)** | 1.1V / 1.1V |

[15]

[15] https://product.skhynix.com/products/dram/hbm/hbm3e.go

167. For example, Nvidia has and continues to directly infringe at least Claim 8 of the ’330 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a 3D semiconductor device, the device comprising: a first level, wherein said first level comprises a first layer, said first layer comprising first transistors, and wherein said first level comprises a second layer, said second layer comprising first interconnections; a second level overlaying said first level, wherein said second level comprises a plurality of second transistors, wherein said second level comprises a third layer, said third layer comprising first conductive lines; a third level overlaying said second level, wherein said third level comprises a plurality of third transistors, wherein said third level comprises a fourth layer, said fourth layer comprising second conductive lines; and a plurality of connection paths, wherein said plurality of connection paths provides electrical connections from a plurality of said first transistors to said plurality of third transistors, and wherein said first level comprises at least one PLL circuit.

168. Each Accused Product comprises a 3D semiconductor device, the device comprising: a first level, wherein said first level comprises a first layer, said first layer comprising first transistors, and wherein said first level comprises a second layer, said second layer comprising first interconnections. For example, the diagrams below demonstrate these elements in the H5UG7HMD83X020R.







HBM Logic Die Cross-section
(SEM)

169. Each Accused Product comprises a second level overlaying said first level, wherein said second level comprises a plurality of second transistors, wherein said second level comprises

a third layer, said third layer comprising first conductive lines. The diagrams below demonstrate these elements in the H5UG7HMD83X020R.







170. Each Accused Product comprises a third level overlaying said second level, wherein said third level comprises a plurality of third transistors, wherein said third level comprises

a fourth layer, said fourth layer comprising second conductive lines. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.




171. Each Accused Product comprises a plurality of connection paths, wherein said plurality of connection paths provides electrical connections from a plurality of said first transistors to said plurality of third transistors. For example, the diagrams below demonstrate these elements in the H5UG7HMD83X020R.







172. Each Accused Product comprises a device wherein said first level comprises at least one PLL circuit. For example, the diagram below demonstrates this element in the H5UG7HMD83X020R.




For at least the HBM3 requirements for signal integrity and clocking, the SK Hynix **HBM controller** will employ **PLL circuits**.

**Figure 10 — High Level Block Diagram Example of Clocking Scheme**

High Bandwidth Memory (HBM3) DRAM , JESD238B.01 (Revision of JESD238B, March 2025) April 2025,JEDEC SOLID STATE TECHNOLOGY ASSOCIATION

173. Nvidia indirectly infringes one or more claims of the ’330 Patent by knowingly and intentionally inducing others, including Nvidia’s customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Grace Hopper Superchips.

174. Nvidia indirectly infringes one or more claims of the ’330 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia’s customers and end-users, in this District and elsewhere in the United States. For example, Nvidia’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the ’330 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers

and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Nvidia's inducement, Nvidia's customers and end-users use Accused Products in a way Nvidia intends and directly infringe the '330 Patent. Nvidia performs these affirmative acts with knowledge of the '330 Patent and with intent, or willful blindness, that the induced acts directly infringe the '330 Patent, at least as of the date of the Hynix Cases.

175. Nvidia indirectly infringes one or more claims of the '330 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '330 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '330 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '330 Patent. Nvidia performs these affirmative acts with knowledge of the '330 Patent and with intent, or willful blindness, that it causes the direct infringement of the '330 Patent, at least as of the date of the Hynix Cases.

176. Nvidia's infringement of the '330 Patent is and has been willful. Nvidia has had knowledge and notice of the Asserted Patents, and Nvidia's infringement thereof, from the Hynix Cases at least as of November 26, 2025, precisely because those litigations accused certain products (*e.g.*, SK Hynix HBM product H5UG7HMD83X020R) of infringement that are included

within the Accused Products and mentioned the exemplary NVIDIA GH100 and NVIDIA GH200 Accused Products by name.

177. Monolithic has suffered damages as a result of Nvidia's direct, indirect, and willful infringement of the '330 Patent in an amount to be proved at trial.

178. Monolithic has suffered, and will continue to suffer, irreparable harm as a result of Nvidia's infringement of the '330 Patent, for which there is no adequate remedy at law, unless Nvidia's infringement is enjoined by this Court.

## COUNT IX
## (Infringement of the '830 Patent)

179. Paragraphs 1 through 29 are incorporated by reference as if fully set forth herein.

180. Monolithic has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '830 Patent.

181. Nvidia has and continues to directly infringe the '830 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States, products that satisfy each and every limitation of one or more claims of the '830 Patent. These products include at least the Accused Products, such as the NVIDIA GH200 Grace Hopper Superchip, which comprises the NVIDIA GH100 chip, which in turn comprises the H5UG7HMD83X020R HBM3 high bandwidth memory.







PRODUCTS ▶ DRAM ▶ HBM ▶ HBM3E

**Parts Detail**

HBM HBM3

**H5UG7HMD83X020R**

| | |
|---|---|
| **Density** | 16Gb |
| **KGSD Density** | 128Gb |
| **Speed** | 5.6Gbps |
| **Organization** | x1024 |
| **Voltage (VDD / VDDQ)** | 1.1V / 1.1V |

[16]

[16] https://product.skhynix.com/products/dram/hbm/hbm3e.go

182. For example, Nvidia has and continues to directly infringe at least Claim 4 of the ’830 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a 3D semiconductor device, the device comprising: a first level comprising a first single crystal layer and a memory control circuit, said memory control circuit comprising a plurality of first transistors; a first metal layer overlaying said first single crystal layer; a second metal layer overlaying said first metal layer; a plurality of second transistors disposed atop said second metal layer; a third metal layer disposed atop said plurality of second transistors; a memory array comprising word-lines and memory cells, wherein said memory array comprises at least four memory mini arrays, wherein at least one of said plurality of second transistors comprises a metal gate, wherein each of said memory cells comprises at least one of said plurality of second transistors, and wherein said memory control circuit comprises at least one Look Up Table circuit (“LUT”); and an upper level disposed atop said third metal layer, wherein said upper level comprises a mono-crystalline silicon layer.

183. Each Accused Product comprises a 3D semiconductor device, the device comprising: a first level comprising a first single crystal layer and a memory control circuit, said memory control circuit comprising a plurality of first transistors. For example, the diagrams below demonstrate these elements in the H5UG7HMD83X020R.




HBM Stack Cross-section (Optical)




HBM Logic Die Cross-section (SEM)




HBM Logic Die CMOS Control Circuit
(Delayered, SEM)




Part of HBM Logic Die
(Delayered, Optical)

184. Each Accused Product comprises a first metal layer overlaying said first single crystal layer; a second metal layer overlaying said first metal layer; a plurality of second transistors disposed atop said second metal layer. The diagrams below demonstrate these elements in the H5UG7HMD83X020R.






185. Each Accused Product comprises a third metal layer disposed atop said plurality of second transistors. For example, the diagram below demonstrates this element in the H5UG7HMD83X020R.



186. Each Accused Product comprises a memory array comprising word-lines and memory cells. For example, the diagram below demonstrates this element in the H5UG7HMD83X020R.



187. Each Accused Product comprises a device wherein said memory array comprises at least four memory mini arrays. For example, the diagram below demonstrates this element in the H5UG7HMD83X020R.



188. Each Accused Product comprises a device wherein at least one of said plurality of second transistors comprises a metal gate. For example, the diagram below demonstrates this element in the H5UG7HMD83X020R.




HBM DRAM Die Cross-section
(Circuitry detail, SEM)

189. Each Accused Product comprises a device wherein each of said memory cells comprises at least one of said plurality of second transistors. For example, the diagram below demonstrates this element in the H5UG7HMD83X020R.




HBM DRAM Die Cross-section
(Circuitry detail, SEM)

190. Each Accused Product comprises a device wherein said memory control circuit comprises at least one Look Up Table circuit ("LUT"). For example, the diagram below demonstrates this element in the H5UG7HMD83X020R.

To comply with the JEDEC HBM specifications, the SK Hynix HBM **memory control circuit includes at least the LUT circuits for interconnect redundancy mapping.**

JEDEC Standard No. 238B.01
Page 95

**6.7 Interconnect Redundancy Remapping**

The HBM3 DRAM supports interconnect lane remapping to help improve SIP assembly yield and recover functionality of the HBM3 stack. The SOFT_LANE_REPAIR and HARD_LANE_REPAIR instructions are used to perform lane remapping. Lane remapping is independent for each channel.

SOFT_LANE_REPAIR and HARD_LANE_REPAIR instructions can only be issued as part of the device initialization and before normal memory operation has commenced, e.g., before the CK clock has started to toggle.

The HBM DRAM can be programmed to retain the remapped lane information even when power is completely removed from the HBM stack.




Part of HBM Logic Die
(Delayered, Optical)

High Bandwidth Memory (HBM3) DRAM , JESD238B.01 (Revision of JESD238B, March 2025) April 2025,JEDEC SOLID STATE TECHNOLOGY ASSOCIATION

191. Each Accused Product comprises an upper level disposed atop said third metal layer, wherein said upper level comprises a mono-crystalline silicon layer. For example, the diagram below demonstrates this element in the H5UG7HMD83X020R.




192. Nvidia indirectly infringes one or more claims of the ’830 Patent by knowingly and intentionally inducing others, including Nvidia’s customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Grace Hopper Superchips.

193. Nvidia indirectly infringes one or more claims of the ’830 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia’s customers and end-users, in this District and elsewhere in the United States. For example, Nvidia’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the ’830 Patent. Nvidia induces this direct infringement through its

affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Nvidia's inducement, Nvidia's customers and end-users use Accused Products in a way Nvidia intends and directly infringe the '830 Patent. Nvidia performs these affirmative acts with knowledge of the '830 Patent and with intent, or willful blindness, that the induced acts directly infringe the '830 Patent, at least as of the date of the Hynix Cases.

194. Nvidia indirectly infringes one or more claims of the '830 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '830 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '830 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '830 Patent. Nvidia performs these affirmative acts with knowledge of the '830 Patent and with intent, or willful blindness, that it causes the direct infringement of the '830 Patent, at least as of the date of the Hynix Cases.

195. Nvidia's infringement of the '830 Patent is and has been willful. Nvidia has had knowledge and notice of the Asserted Patents, and Nvidia's infringement thereof, from the Hynix Cases at least as of November 26, 2025, precisely because those litigations accused certain

products (*e.g.*, SK Hynix HBM product H5UG7HMD83X020R) of infringement that are included within the Accused Products and mentioned the exemplary NVIDIAGH100 and NVIDIA GH200 Accused Products by name.

196. Monolithic has suffered damages as a result of Nvidia's direct, indirect, and willful infringement of the '830 Patent in an amount to be proved at trial.

197. Monolithic has suffered, and will continue to suffer, irreparable harm as a result of Nvidia's infringement of the '830 Patent, for which there is no adequate remedy at law, unless Nvidia's infringement is enjoined by this Court.

**COUNT X**
**(Infringement of the '961 Patent)**

198. Paragraphs 1 through 29 are incorporated by reference as if fully set forth herein.

199. Monolithic has not licensed or otherwise authorized Nvidia to make, use, offer for sale, sell, or import any products that embody the inventions of the '961 Patent.

200. Nvidia has and continues to directly infringe the '961 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States, products that satisfy each and every limitation of one or more claims of the '961 Patent. These products include at least the Accused Products, such as the NVIDIA GH200 Grace Hopper Superchip, which comprises the NVIDIA GH100 chip, which in turn comprises the H5UG7HMD83X020R HBM3 high bandwidth memory.







PRODUCTS ▶ DRAM ▶ HBM ▶ HBM3E

**Parts Detail**

HBM HBM3

**H5UG7HMD83X020R**

| | |
|---|---|
| Density | 16Gb |
| KGSD Density | 128Gb |
| Speed | 5.6Gbps |
| Organization | x1024 |
| Voltage (VDD / VDDQ) | 1.1V / 1.1V |

[17]

[17] https://product.skhynix.com/products/dram/hbm/hbm3e.go.

201. For example, Nvidia has and continues to directly infringe at least Claim 1 of the ’961 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a 3D semiconductor device, the device comprising: a first level comprising: a first silicon layer comprising a first single crystal silicon layer; a plurality of first transistors each comprising a single-crystal channel; a first metal layer connected to said plurality of first transistors; a second metal layer connected to said first metal layer; a third metal layer connected to said second metal layer; a second level comprising a plurality of second transistors, said second level is disposed over said first level; a third level comprising a plurality of third transistors, said third level is disposed over said second level; a fourth metal layer disposed over said third level; a fifth metal layer disposed over said fourth metal layer; and a via disposed through said second level, wherein at least one of said plurality of second transistors comprises a metal gate, wherein said device comprises at least one temperature sensor, and wherein at least one element within at least one of said plurality of second transistors has been processed independently of said plurality of third transistors.

202. Each Accused Product comprises a 3D semiconductor device, the device comprising a first level comprising: a first silicon layer comprising a first single crystal silicon layer and a plurality of first transistors each comprising a single-crystal channel. For example, the diagrams below demonstrate these elements in the H5UG7HMD83X020R.






203. Each Accused Product comprises a first metal layer connected to said plurality of first transistors; a second metal layer connected to said first metal layer; and a third metal layer connected to said second metal layer. The diagram below demonstrates these elements in the H5UG7HMD83X020R.



204. Each Accused Product comprises a second level comprising a plurality of second transistors, said second level is disposed over said first level. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.



205. Each Accused Product comprises a third level comprising a plurality of third transistors, said third level is disposed over said second level. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.



206. Each Accused Product comprises a fourth metal layer disposed over said third level; and a fifth metal layer disposed over said fourth metal layer. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.



207. Each Accused Product comprises a via disposed through said second level. For example, the diagram below demonstrates this element in the H5UG7HMD83X020R.



208. Each Accused Product comprises a device wherein at least one of said plurality of second transistors comprises a metal gate. For example, the diagram below demonstrates this element in the H5UG7HMD83X020R.




HBM DRAM Die Cross-section
(Circuitry detail, SEM)

209. Each Accused Product comprises a device wherein said device comprises at least one temperature sensor. For example, the diagram below demonstrates this element in the H5UG7HMD83X020R.

For at least the HBM3 requirements for signal integrity and clocking, the SK Hynix HBM product includes **at least one temperature sensor.**

**at least one temperature sensor**

JEDEC Standard No. 238B.01
Page 231

**13.5.12 TEMPERATURE**

This instruction captures the HBM3 DRAM's junction temperature. Temperature reporting is specified as a 9-bit field: bit 0 or LSB indicates the validity of the temperature sensor read-out, and the remaining 8 bits indicate the temperature in degrees Celsius.

**Wrapper Data Register**

When TEMPERATURE is the current instruction, the data register as shown in Table 121 is connected between WSI and WSO[a:p], and the WSO outputs of all active channels drive the same data during ShiftWR events.

**CaptureWR**

When TEMPERATURE is the current instruction, the CaptureWR event will load the temperature field values into the shift stage of the WDR.

**UpdateWR**

When TEMPERATURE is the current instruction, the UpdateWR event will have no effect.

**Table 121 — TEMPERATURE Wrapper Data Register**

| Bit Position | Bit Field | Type | Description |
|---|---|---|---|
| [8:1] | TEMP[7:0] | R | Temperature in degrees Celsius. Examples:<br>8'b 0000 0000 = – 40 °C<br>8'b 0010 1000 = 0 °C<br>8'b 0100 0001 = 25 °C<br>8'b 1010 0111 = 127 °C |
| [0] | VALID | R | Temperature sensor output valid<br>0 – Invalid<br>1 – Valid |

High Bandwidth Memory (HBM3) DRAM , JESD238B.01 (Revision of JESD238B, March 2025) April 2025,JEDEC SOLID STATE TECHNOLOGY ASSOCIATION

**said device**



210. Each Accused Product comprises a device wherein at least one element within at least one of said plurality of second transistors has been processed independently of said plurality of third transistors. For example, the diagram below demonstrates these elements in the H5UG7HMD83X020R.






HBM Cross-section (Exemplary TSV Stacking, Optical)

211. Each Accused Product comprises a system wherein said third level comprises a second array of memory cells. For example, the aforementioned third level comprises a second array of memory cells in the same manner and configuration as the aforementioned second level discussed above.

212. Each Accused Product comprises a system wherein formation of said plurality of second transistors comprises a first lithography step, and wherein formation of said plurality of third transistors comprises a second lithography step. For example, the manufacturing of each layer

of the HBM DRAM stack comprises identical, separate lithography steps for each die. Each lithography step forms a plurality of transistors in each DRAM die as shown above.

213. Nvidia indirectly infringes one or more claims of the ’961 Patent by knowingly and intentionally inducing others, including Nvidia’s customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Grace Hopper Superchips.

214. Nvidia indirectly infringes one or more claims of the ’961 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Nvidia’s customers and end-users, in this District and elsewhere in the United States. For example, Nvidia’s customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the ’961 Patent. Nvidia induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Nvidia’s inducement, Nvidia’s customers and end-users use Accused Products in a way Nvidia intends and directly infringe the ’961 Patent. Nvidia performs these affirmative acts with knowledge of the ’961 Patent and with intent, or willful blindness, that the induced acts directly infringe the ’961 Patent, at least as of the date of the Hynix Cases.

215. Nvidia indirectly infringes one or more claims of the ’961 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Nvidia’s affirmative acts of selling and

offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '961 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '961 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Nvidia to be especially made or adapted for use in the infringement of the '961 Patent. Nvidia performs these affirmative acts with knowledge of the '961 Patent and with intent, or willful blindness, that it causes the direct infringement of the '961 Patent, at least as of the date of the Hynix Cases.

216. Nvidia's infringement of the '961 Patent is and has been willful. Nvidia has had knowledge and notice of the Asserted Patents, and Nvidia's infringement thereof, from the Hynix Cases at least as of November 26, 2025, precisely because those litigations accused certain products (*e.g.*, SK Hynix HBM product H5UG7HMD83X020R) of infringement that are included within the Accused Products and mentioned the exemplary NVIDIA GH100 and NVIDIA GH200 Accused Products by name.

217. Monolithic has suffered damages as a result of Nvidia's direct, indirect, and willful infringement of the '961 Patent in an amount to be proved at trial.

218. Monolithic has suffered, and will continue to suffer, irreparable harm as a result of Nvidia's infringement of the '961 Patent, for which there is no adequate remedy at law, unless Nvidia's infringement is enjoined by this Court.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Monolithic prays for relief against Nvidia as follows:

a. Entry of judgment declaring that Nvidia has directly and/or indirectly infringed one or more claims of the Patents-in-Suit;

b. Entry of judgment declaring that Nvidia's infringement of the Patents-in-Suit is willful;

c. An order awarding damages sufficient to compensate Monolithic for Nvidia's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with pre-judgment and post-judgment interest and costs;

d. Entry of judgment declaring that this case is exceptional and awarding Monolithic its costs and reasonable attorneys' fees under 35 U.S.C. § 285;

e. An accounting for acts of infringement;

f. Such other equitable relief which may be requested and to which the Plaintiff is entitled; and

g. Such other and further relief as the Court deems just and proper.

Dated: August 14, 2026

OF COUNSEL:

Peter Lambrianakos
Vincent J. Rubino, III
Julian Pymento
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796
plambrianakos@frlip.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgoldern@bayardlaw.com

***ATTORNEYS FOR PLAINTIFF MONOLITHIC 3D™ INC.***

vrubino@frlip.com
jpymento@frlip.com